NICOLE GOLOB, SBN 190444
E-Mail ngolob@fisherphillips.com
DANIELLE S. KRAUTHAMER, SBN 305311
E-Mail dkrauthamer@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
STARBUCKS CORPORATION

JOSHUA COHEN SLATKIN (SBN: 285090)
RUBEN O. CONTRERAS (SBN: 338464)
THE LAW OFFICES OF JOSHUA COHEN SLATKIN
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Telephone: 310.627.2699
Facsimile: 310.943.2757

Attorneys for Plaintiff,
GEORGE CABLE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEORGE CABLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No: 2:20-cv-10931-JLS (RAOx)<br><br>**[PROPOSED] SPECIAL VERDICT FORM**<br><br>Complaint Filed: October 28, 2020<br>Trial Date: July 26, 2022 |

1

[PROPOSED] SPECIAL VERDICT FORM

FP 48697221.1

# JOINT PROPOSED SPECIAL VERDICT FORM

In accordance with the Court's scheduling order, Plaintiff George Cable ("Plaintiff" or "Cable") and Defendant Starbucks Corporation ("Defendant" or "Starbucks") jointly submit their updated proposed special verdict form. This verdict form acknowledges the Court's prior ruling to strike punitive damages, the Parties' stipulation to dismiss various causes of action and a more streamlined special verdict form. The verdict form is based upon the following CACI instructions:

| NO. | TITLE | SOURCE |
|---|---|---|
| 1. | Disparate Treatment (Gov. Code, § 12940(a)) – Age | CACI VF-2500 |
| 2. | Retaliation (Gov. Code, § 12940(h)) | CACI VF-2504 |
| 3. | Disability Discrimination—Disparate Treatment | CACI VF-2508 |
| 4. | Failure to Prevent Discrimination | CACI VF-2514 |

Dated: November 6, 2023        FISHER & PHILLIPS LLP

                          By:  */s/ Lonnie Giamela*
                               NICOLE GOLOB
                               LONNIE GIAMELA
                               Attorneys for Defendant
                               STARBUCKS CORPORATION

Dated: November 6, 2023        LAW OFFICE OF JOSHUA COHEN SLATKIN

                          By:  */s/ Joshua Cohen Slatkin*
                               JOSHUA COHEN SLATKIN
                               Attorney for Plaintiff
                               GEORGE CABLE

# PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

# SPECIAL VERDICT FORM NO. 1
## DISABILITY DISCRIMINATION—DISPARATE TREATMENT

1. Was George Cable's disability a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment with the Company ?

\_\_\_ Yes

\_\_\_ No

If your answer to question 1 is yes, then answer question 2. If you answered no to question 1, proceed to Question 2.

Please proceed to the next question.

# SPECIAL VERDICT FORM
## DISPARATE TREATMENT - AGE

2. Was George Cable's age a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment?

\_\_\_ Yes

\_\_\_ No

If your answer to question 2 is yes, then answer question 3. If you answered no to question 2, proceed to question 3.

Please proceed to the next question.

# RETALIATION

3. Did Starbucks Corporation retaliate against George Cable for having a disability, having workplace accommodations due to his disability and/or for alleging that others were asking him to quit over his workplace accommodations?

\_\_\_ Yes

\_\_\_ No

If your answer to question 3 is yes, then answer question 4. If you answered no, proceed to Question 4.

Please proceed to the next question.

'

**FAILURE TO PREVENT DISCRIMINATION, OR RETALIATION**

    4.    Did Starbucks Corporation fail to take all reasonable steps to prevent the discrimination and/or retaliation?

    \_\_\_ Yes

    \_\_\_ No

If you answered "yes" to questions 1, 2, 3 **or** 4 above, then answer question 5.

If you answered "no" to **all** questions 1, 2, 3 **and** 4 stop here, answer no further questions and have the presiding juror sign and date this form at the bottom of the verdict form.

    5. Was Starbucks Corporation's termination of George Cable's employment a substantial factor in causing harm to George Cable?

    \_\_\_ Yes

    \_\_\_ No

    If you answered "no" to question 5, please stop here, answer no further questions and have the presiding juror sign and date at the bottom of the verdict form

If your answer to question 5 is yes, then answer question no 6.

# DAMAGES

6. What are George Cable's damages?

a. Past noneconomic loss (anxiety, grief, depression, humiliation, emotional distress and mental suffering): _____

b. Future noneconomic loss, (anxiety, grief, depression, humiliation, emotional distress and mental suffering):: _____

TOTAL $ _____

Dated: _____      _____
                                                    Presiding Juror

After this verdict form has been signed, notify the Court Clerk that you are ready to present your verdict in the courtroom.

# **DEFENDANT'S SPECIAL VERDICT FORM**

# SPECIAL VERDICT FORM
# DISPARATE TREATMENT - AGE

We answer the questions submitted to us as follows:

1. Was George Cable's age a substantial motivating reason in Starbucks Corporation's decision to terminate George Cable's employment?

\_\_\_ Yes

\_\_\_ No

Please proceed to the next question.

**DISABILITY DISCRIMINATION—DISPARATE TREATMENT**

2. Was George Cable's disability a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment?

___ Yes

___ No

Please proceed to the next question.

# RETALIATION

3. Was George Cable's request for workplace accommodations or any complaint relating to the interactive process a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment?

___ Yes

___ No

If your answered "no" to questions 1, 2, and 3, please stop here, answer no further questions, and have the presiding juror sign and date at the bottom of the verdict form.

If you answered "yes" to questions 1, 2, or 3, then proceed to Question 4.

# **<u>FAILURE TO PREVENT DISCRIMINATION</u>**

4. Did Starbucks Corporation fail to take all reasonable steps to prevent the discrimination?

\_\_\_ Yes

\_\_\_ No

Please proceed to the next question.

# CAUSATION

5. Was Starbucks Corporation's decision to terminate George Cable's employment a substantial factor in causing harm to George Cable?

\_\_\_ Yes

\_\_\_ No

If your answered "no" to question 5, please stop here, answer no further questions, and have the presiding juror sign and date at the bottom of the verdict form.

If you answered "yes" to question 5, then proceed to Question 6.

# **DAMAGES**

6. What are George Cable's damages?

a. Past noneconomic loss, including emotional distress and mental suffering:

_____

b. Future noneconomic loss, including emotional distress and mental suffering:

_____

TOTAL $ _____

Dated: _____                    _____
                                                                    Presiding Juror

After this verdict form has been signed, notify the Court Clerk that you are ready to present your verdict in the courtroom.

## ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2023          /s/ *Lonnie Giamella*
                                 LONNIE GIAMELLA

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document entitled **[PROPOSED] SPECIAL VERDICT FORM** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joshua Cohen Slatkin<br>JCS LAW FIRM, INC.<br>12121 Wilshire Boulevard, Suite 810<br>Los Angeles, California 90025 | Attorney for Plaintiff<br>GEORGE CABLE<br><br>Telephone: (310) 627-2699<br>Facsimile: (310) 943-2757<br>E-Mail: josh@jcslawyers.com |

☒ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 6, 2023 at Los Angeles, California.

Adriana Preciado
Print Name

By: */s/ Adriana Preciado*
Signature