1  NICOLE GOLOB, SBN 190444
   E-Mail  ngolob@fisherphillips.com
2  DANIELLE S. KRAUTHAMER, SBN 305311
   E-Mail  dkrauthamer@fisherphillips.com
3  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
4  Los Angeles, California 90071
   Telephone: (213) 330-4500
5  Facsimile: (213) 330-4501

6  Attorneys for Defendant
   STARBUCKS CORPORATION
7
   JOSHUA COHEN SLATKIN (SBN: 285090)
8  RUBEN O. CONTRERAS (SBN: 338464)
   THE LAW OFFICES OF JOSHUA COHEN SLATKIN
9  11620 Wilshire Blvd., Suite 900
   Los Angeles, California 90025
10 Telephone:  310.627.2699
   Facsimile:  310.943.2757
11
   Attorneys for Plaintiff,
12 GEORGE CABLE

13
                  UNITED STATES DISTRICT COURT
14
          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
15

16

| GEORGE CABLE, an individual, | Case No: 2:20-cv-10931-JLS (ASx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] SPECIAL VERDICT FORM** |
| STARBUCKS CORPORATION, and DOES 1 through 25 inclusive, | |
| Defendants. | Complaint Filed: October 28, 2020<br>Trial Date: October 31, 2023 |

# JOINT PROPOSED SPECIAL VERDICT FORM

In accordance with the Court's scheduling order, Plaintiff George Cable ("Plaintiff" or "Cable") and Defendant Starbucks Corporation ("Defendant" or "Starbucks") jointly submit their updated proposed special verdict form.  sThis verdict form acknowledges the Court's prior rulings to strike punitive damages and the Parties' stipulation to dismiss various causes of action and a more streamlined special verdict form.  The verdict form is based upon the following CACI instructions:

| NO. | TITLE | SOURCE |
|---|---|---|
| 1. | Disparate Treatment (Gov. Code, § 12940(a)) – Age | CACI VF-2500 |
| 2. | Retaliation (Gov. Code, § 12940(h)) | CACI VF-2504 |
| 3. | Disability Discrimination—Disparate Treatment | CACI VF-2508 |
| 4. | Failure to Prevent Discrimination | CACI VF-2514 |

Dated:  November 6, 2023          FISHER & PHILLIPS LLP

                         By:   /s/ Lonnie Giamela
                             NICOLE GOLOB
                             LONNIE GIAMELA
                             Attorneys for Defendant
                             STARBUCKS CORPORATION

Dated:  November 6, 2023          LAW OFFICE OF JOSHUA
                                  COHEN SLATKIN

                         By:   /s/ Joshua Cohen Slatkin
                             JOSHUA COHEN SLATKIN
                             Attorney for Plaintiff
                             GEORGE CABLE

2
[PROPOSED] SPECIAL VERDICT FORM

FP 48697310.1

# SPECIAL VERDICT FORM
## DISPARATE TREATMENT - AGE

We answer the questions submitted to us as follows:

1. Was George Cable's age a substantial motivating reason in Starbucks Corporation's decision to terminate George Cable's employment?

\_\_\_ Yes

\_\_\_ No

Please proceed to the next question.

# DISABILITY DISCRIMINATION—DISPARATE TREATMENT

2. Was George Cable's disability a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment?

\_\_\_ Yes

\_\_\_ No

Please proceed to the next question.

# RETALIATION

3. Was George Cable's request for workplace accommodations or any complaint relating to the interactive process a substantial motivating reason for Starbucks Corporation's decision to terminate George Cable's employment?

\_\_\_ Yes

\_\_\_ No

If you answered "no" to all of questions 1, 2, and 3, please stop here, answer no further questions, and have the presiding juror sign and date at the bottom of the verdict form.

If you answered "yes" to any of questions 1, 2, or 3, then proceed to Question 4.

# **FAILURE TO PREVENT DISCRIMINATION**

4. Did Starbucks Corporation fail to take all reasonable steps to prevent the discrimination?

\_\_\_ Yes

\_\_\_ No

Please proceed to the next question.

## CAUSATION

5. Was Starbucks Corporation's decision to terminate George Cable's employment a substantial factor in causing harm to George Cable?

\_\_\_ Yes

\_\_\_ No

If your answered "no" to question 5, please stop here, answer no further questions, and have the presiding juror sign and date at the bottom of the verdict form.

If you answered "yes" to question 5, then proceed to Question 6.

# **DAMAGES**

6. What are George Cable's damages?

a. Past noneconomic loss, including emotional distress and mental suffering:

$ _____

Dated: _____    _____
                              Presiding Juror

After this verdict form has been signed, notify the Court Clerk that you are ready to present your verdict in the courtroom.

**ECF ATTESTATION**

  Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2023    */s/ Lonnie Giamela*
               LONNIE GIAMELA

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document entitled **[PROPOSED] SPECIAL VERDICT FORM** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Joshua Cohen Slatkin<br>JCS LAW FIRM, INC.<br>12121 Wilshire Boulevard, Suite 810<br>Los Angeles, California 90025 | Attorney for Plaintiff<br>GEORGE CABLE<br><br>Telephone: (310) 627-2699<br>Facsimile: (310) 943-2757<br>E-Mail: josh@jcslawyers.com |

☒ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 6, 2023 at Los Angeles, California.

Adriana Preciado    By:  */s/ Adriana Preciado*
Print Name                        Signature