# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cv-10931-JLS-ASx |
| Date | November 6, 2023 |
| Title: | George Cable v. Starbucks Corporation et al |

**Present: The Honorable** Josephine L. Staton, United States District Judge

| Gabby Garcia/Charles Rojas | April Lassister-Benson |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joshua Slatkin | Lonnie Giamela |
| | Nicole Golob |

___ Day Court Trial    4th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ✓ Defendant(s) rest.
✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.
✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    ___ Jury resumes deliberations.
✓ Jury Verdict in favor of    ___ plaintiff(s)    ✓ defendant(s) is read and filed.
✓ Jury polled.    ___ Polling waived.
✓ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    ✓ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is ___ granted.    ___ denied.    ___ submitted.
✓ Motion for Judgment/Directed Verdict by _____ is ___ granted.    ✓ denied.    ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other:

| | 3 : 51 |
|---|---|
| Initials of Deputy Clerk | gga |

cc: