LONNIE D. GIAMELA, SBN 228435
E-Mail: lgiamela@fisherphillips.com
NICOLE GOLOB, SBN 190444
E-Mail ngolob@fisherphillips.com
DANIELLE S. ZOBEL, SBN 305311
E-Mail dzobel@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEORGE CABLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No: 2:20-cv-10931-JLS-ASx<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT**<br><br>Complaint Filed: October 28, 2020<br>Trial Date: October 31, 2023 |

1

FP 48942013.1

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Defendant STARBUCKS CORPORATION ("Defendant") hereby lodges with the Court the following document:

[PROPOSED] FINAL JUDGMENT.


Dated:  December 4, 2023                    Respectfully submitted,

                                           FISHER & PHILLIPS LLP


                                    By:  /s/ Nicole Golob
                                         LONNIE D. GIAMELA
                                         NICOLE GOLOB
                                         DANIELLE S. ZOBEL
                                         Attorneys for Defendant
                                         STARBUCKS CORPORATION

NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT

FP 48942013.1

1

**CERTIFICATE OF SERVICE**

2
3

  I, the undersigned, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California  90071.

4
5

  On the date set forth below,  I served the foregoing document entitled **NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT** on all the appearing and/or interested parties in this action as follows:

6
7

Joshua Cohen Slatkin     Attorney for Plaintiff
JCS LAW FIRM, INC.     GEORGE CABLE

8

12121 Wilshire Boulevard, Suite 810
Los Angeles, California 90025

9

Telephone: (310) 627-2699
Facsimile:  (310) 943-2757
E-Mail:  josh@jcslawyers.com

10
11

☒  **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

12
13
14
15
16

  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

  Executed December 4, 2023 at Los Angeles, California.

18

Adriana Preciado    By: */s/ Adriana Preciado*

19

_____   _____
Print Name          Signature

20

21

22

23

24

25

26

27

28

---

FP 48942013.1