UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CABLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No: 2:20-cv-10931-JLS (AS)<br><br>**FINAL JUDGMENT** |

This action came for trial on October 31, 2023, in Courtroom 8 of the United States District Court, Central District of California, the Honorable Josephine L. Staton, United States District Judge presiding. Plaintiff George Cable and Defendant Starbucks Corporation appeared by and through their respective attorneys.

A jury of eight persons was impaneled and sworn to try the action. After a four-day trial and after deliberations, the jury returned a Special Verdict in favor of Defendant (Doc. No. 148) and against Plaintiff on all of Plaintiff's causes of action. The contents of the jury's Special Verdict, which was filed on November 6, 2023, are hereby incorporated by reference as if set forth fully herein.

Based on the jury's Special Verdict, the Court NOW ORDERS AS FOLLOWS:

1. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's First Cause of Action for Disability Discrimination in Violation of the Fair Employment and Housing Act, Second Cause of Action for Age Discrimination in Violation of The Fair Employment and Housing Act, Sixth Cause of Action for Failure to Prevent Discrimination in Violation of the Fair Employment and Housing Act, and Seventh Cause of Action for Retaliation in Violation of the Fair Employment and Housing Act; and

2. Defendant shall be considered the prevailing party for the purpose of recovering its costs.

**IT IS SO ORDERED.**

DATED: December 11, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE